| | |
|---|---|
| 1 | **DIANNE C. KERNS, ESQ.** |
| | **CHAPTER 13 TRUSTEE** |
| 2 | PMB #413 |
| | 7320 NORTH LA CHOLLA #154 |
| 3 | TUCSON AZ 85741 |
| | Telephone (520)544-9094 |
| 4 | Fax (520)544-7894 |

## UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

In re: ) CHAPTER 13 PROCEEDINGS
)
MICHAEL DEAN CLELAND ) Case No.: 05-01297-PL-JMM
)
AMANDA MARIE CLELAND ) **Application for Payment of Unclaimed**
) **Funds to the U.S. Bankruptcy Court**
)
)
Debtors )

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 203080 | 12/31/2009 | SOUTHWEST STUDENT SERVICES<br>PO BOX 41150<br>MESA, AZ 85274 | $68.39 |
| | | **Total** | **$68.39** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $68.39 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 05/25/2010

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee